United States District Court

Eastern District of Louisiana

Perkins

v.                                              CIVIL ACTION NO. 2:00-cv-00176

St Paul Fire & Mar                                                    F(1)


    The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

    Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

    (1) A list of all parties still remaining in this action;

    (2) Copies of all pleadings, including answers, filed by those parties in state court; and

    (3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 20, 2000.

                                    By Direction of the Court

                                    LORETTA G. WHYTE, CLERK

FILED
U.S. DISTRICT COURT
2000 JAN 19 P 3: 42
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY PERKINS and LARRY GATLIN | * | CIVIL ACTION |
| | * | NO.: 00-0176 |
| VS, | * | DIVISION SECT F MAG 1 |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, SITTON MOTOR LINES, INC., and TIMOTHY HOYT | * | JUDGE |
| | * | MAGISTRATE JUDGE |

* * * * * * * *

FILED ______________________ ______________________ DISTRICT CLERK OF COURT

**NOTICE OF REMOVAL**

\

TO: The Honorable Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

TO: The Honorable Dale N. Atkins
Clerk of Court
Civil District Court
Parish of Orleans
421 Loyola Avenue
402 Civil Courts Building
New Orleans, Louisiana 70112

Fee 150.00
Process
X Dktd
CtRmDep
Doc.No. 1



TO:  Russell A. Solomon, Esq.
     Pamela M. Wiza, Esq.
     1010 Common Street, Suite 2950
     New Orleans, Louisiana 70112
     Attorneys for Plaintiffs, Anthony Perkins and Larry Gatlin

     Defendants in the above-entitled action, Timothy Hoyt, Sitton Motor Lines, Inc., and St. Paul Fire & Marine Insurance Company ("St. Paul"), hereby remove this action, heretofore pending in the Civil District Court for the Parish of Orleans, State of Louisiana, Docket No. 99-20195, Division "J," to this Court. In support thereof, the defendants respectfully show as follows:

     1.    Plaintiffs filed this suit on December 15, 1999 in the Civil District Court for the Parish of Orleans, State of Louisiana, Docket No. 99-20195. St. Paul was served with a copy of the Citation and Petition through the Louisiana Secretary of State on January 7, 2000. Upon information and belief, Sitton Motor Lines, Inc. was served with a copy of the Citation and Petition via long arm service on January 15, 2000. Upon information and belief, Timothy Hoyt was served with a copy of the Citation and Petition via long arm service on January 12, 2000. A copy of the Petition for Damages is attached hereto as Exhibit "A."

     2.    This is a civil negligence action in which plaintiffs seek damages for injuries allegedly sustained in an automobile accident that allegedly occurred on or about June 30, 1999.

     3.    This action involves citizens of different States. At the time of the commencement of this action and since that time plaintiffs, Anthony Perkins and Larry Gatlin, were and still are individual citizens of the parish of Orleans, State of Louisiana. At the time of the

commencement of this action and since that time, defendant, Timothy Hoyt, was and still is a citizen of and domiciled in the State of Missouri. At the time of the commencement of this action and since that time, defendant, Sitton Motor Lines, Inc. was and still is a Missouri corporation with its principal place of business located in Missouri. At the time of the commencement of this action and since that time, defendant St. Paul was and still is a Minnesota corporation with its principal place of business located in St. Paul, Minnesota. Thus, complete diversity exists.

4. Upon information and belief, the amount in controversy in this action exceeds the sum of $75,000, exclusive of interest and costs.

5. Accordingly, this Court has jurisdiction over the instant matter under the provisions of 28 U.S.C. 1332 and this matter is removed under the provisions of 28 U.S.C. 1441 and 1446.

6. Furthermore, this notice is filed with this Court within 30 days after any of the defendants received notice of the Petition for Damages filed in the above-entitled action.

7. Upon information and belief, no process, pleadings or orders other than those attached hereto as Exhibit A have been received by the defendants in this action.

8. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that she has read the foregoing Notice of Removal, that, to the best of her knowledge, information and belief formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law or a good faith argument for the extension, modification or reversal of existing law, and that it is not interposed for any improper purpose, such as to harass or cause

unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, Timothy Hoyt, Sitton Motor Lines, Inc., and St. Paul Fire & Marine Insurance Company ("St. Paul"), hereby remove the above-entitled action from the Civil District Court for the Parish of Orleans, State of Louisiana to this, the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

SHARON D. SMITH, Esq. (17146)
M. RANDALL BROWN, Esq. (24325)
PULASKI, GIEGER & LABORDE
48th Floor - One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
ATTORNEYS FOR TIMOTHY HOYT, SITTON MOTOR LINES, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY