```
                              UNITED STATES DISTRICT COURT
                                        FILED
                                 February 28, 2000
                              EASTERN DISTRICT OF LOUISIANA
                                    Loretta G. Whyte
                                         Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTHONY PERKINS                                    CIVIL ACTION

VERSUS                                             NO. 00-176

ST. PAUL FINE & MARINE INSURANCE                   SECTION "F"

### PRELIMINARY CONFERENCE NOTICE

**A PRELIMINARY CONFERENCE** regarding this case will be held on **TUES. APRIL 11, 2000, at 3:15 P.M.**, for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

**TRIAL COUNSEL** are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

_____
Steve Hill
COURTROOM DEPUTY CLERK, SECTION "F"
F589-7685

### NOTICE
**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

**COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.**

```
                                       ___FEE_____
                                       XX PROCESS____
                                       XX DOCKET_____
                                       XX CTRM DEP___
                                       DOCUMENT NO. 4
```