FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 13  A 11: 25

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTHONY PERKINS, ET AL.                    CIVIL ACTION

VERSUS                                     NO. 00-176

ST. PAUL FINE AND MARINE                   SECTION "F"


O R D E R


Counsel for plaintiffs has stipulated that this case does not meet the jurisdictional amount of $75,000.00, therefore;

IT IS ORDERED that this case is hereby remanded to state court and plaintiffs waive the right to enforce and/or collect any judgment in excess of $75,000.00., each.

New Orleans, Louisiana, this 13th day of April, 2000.

DATE OF ENTRY
APR 1 4 2000

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc.No._____